David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
BRIAN J. PATENAUDE

Gregory G. Spaulding, SBN 106606
Lisa Ann Hilario, SBN 148460
Spaulding McCullough & Tansil LLP
90 South "E" St #200
PO Box 1867
Santa Rosa, CA 95402-1867
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
e-mail: hilario@smlaw.com

Attorneys for Defendants
COUNTY OF SONOMA of which
SONOMA COUNTY SHERIFF'S DEPARTMENT
is a department

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN J. PATENAUDE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S DEPARTMENT; SEAN MCDERMOTT; DOLORES ROBINSON; RANDY NORTH; PHILLIP LAWRENCE; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | **Case No.  C06-07783 MHP**<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RE-SET DEADLINES**<br><br>Current Case Management Conference: April 30, 2007, 4:00 p.m.<br><br>Hon. Marilyn Hall Patel |

-1-

1  WHEREAS, a Case Management Conference in the above-captioned matter is currently
2  set for April 30, 2007, at 4:00 p.m., before this Court;
3  WHEREAS, lead trial counsel representing Plaintiff plans to attend the Case Management
4  Conference in person, but has a pre-scheduled family-medical leave during the period of
5  approximately April 25, 2007 through May 8, 2007.  The period of leave may be longer
6  depending upon the circumstances;
7  WHEREAS, counsel for Plaintiff and counsel for Defendant COUNTY OF SONOMA are
8  in the process of meeting and conferring to discuss and possibly resolve a potential motion under
9  Rule 12.  The requested continuance would allow the parties to continue their meet and confer
10  efforts and potentially resolve the matter without the necessity of filing a motion.  However, the
11  parties need additional time to conduct research and further meet and confer to potentially avoid
12  Court intervention in this matter;
13  WHEREAS, the individual defendants SEAN MCDERMOTT; DOLORES ROBINSON;
14  RANDY NORTH; PHILLIP LAWRENCE have not yet been served with the complaint in this
15  action.  Counsel for the Defendant COUNTY OF SONOMA is conferring with her client
16  regarding accepting service on behalf of these individual defendants who are employees of the
17  COUNTY.  An extension of time would allow the remaining individual defendants to file and
18  serve any responsive pleading at the same time as defendant COUNTY OF SONOMA;
19  WHEREAS, there was some initial delay in service of the complaint in that Plaintiff's
20  counsel was out of the office on family-medical leave during the months of January and February
21  2007;
22  WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this
23  Court continue the Case Management Conference for a period of 45 to 60 days;
24  WHEREAS, this request is not being made for the purposes of delay, or any other
25  improper purpose; instead, this request is being made to allow lead trial counsel to participate
26  meaningfully at the CMC, and would provide the parties sufficient time to meet and confer to
27  potentially resolve the pending issues with respect to a Rule 12 motion;
28

1     WHEREAS, continuing the Case Management Conference for a period of 45 to 60 days will not prejudice either party or their counsel and will promote judicial economy;

    WHEREAS, moving the Case Management Conference for a period of 45 to 60 days will allow for the defendants to appear in this action;

    WHEREAS, the parties agree that the following constitutes good cause to continue the initial CMC, including the deadlines for filing responsive pleadings, initial disclosures, meet and confer regarding initial disclosures, the filing of responsive pleadings, and the filing of the joint CMC statement;

    NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that the Case Management Conference in this action, currently set for April 30, 2007 at 4:00 p.m., be continued either to June 25, 2007 or July 2, 2007 at 4:00 p.m., or to a date and time that the Court may deem appropriate.  The parties further stipulate to extend the following deadlines accordingly:  (1) last day to complete initial disclosures, state objections, and file joint CMC statement and file/serve Rule 26(f) report: June 11, 2007; (2) last day to meet and confer regarding initial disclosures and file Joint ADR Certification with Stipulation: May 18, 2007; and (3) last day to file an answer and/or Rule 12 motion: May 8, 2007.

    IT IS SO STIPULATED.

Dated: April 6, 2007                                        KAHN BROWN & POORE LLP

                                                          By:        /s/
                                                                David M. Poore
                                                                Attorneys for Plaintiff

\\\

\\\

\\\

| | |
|---|---|
| Dated: April 6, 2007 | SPAULDING MCCULLOUGH & TANSIL LLP |

By: _____/s/_____
Lisa Ann Hilario
Attorneys for Defendant
COUNTY OF SONOMA

*Filer's Attestation: David M. Poore and Lisa Ann Hilario hereby attest that they have in their respective files their holograph signatures for any of their signatures indicated by a "conformed" signature /s/ within this e-filed document.*

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Case Management Conference in this action, currently set for April 30, 2007, be continued to __June 25_____, 2007 at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco, California. The deadlines stated above ~~will be~~ are hereby re-set in accordance with the stipulation.

IT IS SO ORDERED.

Date: _April 23_____, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-4-

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*PATENAUDE V. COUNTY OF SONOMA, ET AL.*, CASE NO. C06-07783 MHP