ORIGINAL
FILED

SEP 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  Gregory G. Spaulding, Esq. (SB #106606)
   spaulding@smlaw.com
2  Lisa Ann Hilario, Esq. (SB#148460)
   hilario@smlaw.com
3  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
4  P.O. Box 1867
   Santa Rosa, CA 95402
5  Telephone:   (707) 524-1900
   Facsimile:   (707) 524-1906
6
   Attorneys for Defendants COUNTY OF SONOMA,
7  SONOMA COUNTY SHERIFF'S DEPARTMENT,
   SEAN MCDERMOTT, DOLORES ROBINSON,
8  RANDY NORTH, and PHILIP LAWRENCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. PATENAUDE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, SONOMA COUNTY SHERIFF'S DEPARTMENT; SEAN MCDERMOTT, DOLORES ROBINSON, RANDY NORTH, PHILLIP LAWRENCE, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: C 06 7783 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SEAN MCDERMOTT'S REQUEST TO BE EXCUSED FROM ATTENDING MEDIATION<br><br>Mediation Date: October 10, 2007<br><br>Honorable Judge Marilyn H. Patel |

Defendant Sean McDermott's Request To Be Excused From Attending Mediation on October 10, 2007 is GRANTED, *on the condition that he be available by phone throughout.* (WDB)

Dated: 9-24-07

_____
ADR Magistrate Judge

[PROPOSED] ORDER GRANTING REQUEST TO BE EXCUSED FROM MEDIATION    Case No. C06-07783 MHP