David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:   (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
BRIAN J. PATENAUDE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. PATENAUDE, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S DEPARTMENT; SEAN MCDERMOTT; DOLORES ROBINSON; RANDY NORTH; PHILLIP LAWRENCE; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C06-07783 MHP <br><br> STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING DEFENDANTS SEAN MCDERMOTT, DOLORES ROBINSON, RANDY NORTH, AND PHILLIP LAWRENCE WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the following defendants in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41 (a) (1): **Defendants Sean McDermott, Dolores Robinson, Randy North, and Phillip Lawrence only.**

Dated: November 29, 2007         KAHN BROWN & POORE LLP

_____
David M. Poore
Attorneys for Plaintiff

\\\

-1-

Dated: November 30, 2007                SPAULDING MCCULLOUGH & TANSIL LLP

By: /s/
Lisa Ann Hilario
Attorneys for Defendant
COUNTY OF SONOMA

*Filer's Attestation: David M. Poore and Lisa Ann Hilario hereby attest that they have in their respective files their holograph signatures for any of their signatures indicated by a "conformed" signature /s/ within this e-filed document.*

* * *

IT IS SO ORDERED.

The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41 (a)(1) as to **Defendants Sean McDermott, Dolores Robinson, Randy North, and Phillip Lawrence only.**

Date: December 3, 2007                _____
                                       Hon. Marilyn Hall Patel

IT IS SO ORDERED
/s/
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA