David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone: (707) 763-7100
Facsimile: (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
BRIAN J. PATENAUDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. PATENAUDE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF'S DEPARTMENT; SEAN MCDERMOTT; DOLORES ROBINSON; RANDY NORTH; PHILLIP LAWRENCE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C06-07783 MHP<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1).

Dated: November 29, 2007        KAHN BROWN & POORE LLP

_____
David M. Poore
Attorneys for Plaintiff

\\\

-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
*PATENAUDE V. COUNTY OF SONOMA, ET AL.,*                    CASE NO. C06-07783 MHP

Dated: December 14, 2007        SPAULDING MCCULLOUGH & TANSIL LLP

By: /s/ Lisa Ann Hilario
Lisa Ann Hilario
Attorneys for Defendant
COUNTY OF SONOMA

\* \* \*

IT IS SO ORDERED.

The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41(a)(1).

Date: December 17, 2007

IT IS SO ORDERED
Hon. Marilyn Hall Patel
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA